CDF LABOR LAW LLP
   Mark S. Spring, State Bar No. 155114
   mspring@cdflaborlaw.com
   Nicole A. Legrottaglie, State Bar No. 271416
   nlegrottaglie@cdflaborlaw.com
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 361-0991

VORYS, SATER, SEYMOUR AND PEASE LLP
   DANIEL J. CLARK, Ohio State Bar No. 75125 (admitted *pro hac vice*)
   djclark@vorys.com
   LIANA R. HOLLINGSWORTH, Ohio Bar No. 85185 (admitted *pro hac vice*)
   lrhollingsworth@vorys.com
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. KOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>SAFELITE FULFILLMENT, INC., a Corporation; and DOES 1-100 inclusive,<br><br>    Defendants. | Case No. 3:20-cv-02582<br><br>**RESPONSE MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: March 10, 2021<br>Time: 2:00 pm<br>Place: via zoom<br>Judge: Hon. William H. Orrick |

    Now comes Defendant Safelite Fulfillment, Inc. ("Safelite" or "Defendant"), by and through counsel, and hereby responds to Burton Employment Law's Motion to Withdraw as Counsel for Plaintiff Cindy L. Koster ("Plaintiff") (the "Motion").

    Defendant has no objection to the Motion but is concerned about the status of discovery and the current case schedule. Accordingly, Safelite requests that this Court order Plaintiff or any new counsel to appear at a status conference within thirty (30) days and, in the event there is no appearance, to dismiss this case with prejudice.

---
1
DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

Dated:  _February 16, 2021_____  Respectfully submitted,

*/s/ Liana R. Hollingsworth*

LIANA R. HOLLINGSWORTH, Ohio Bar No. 85185
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
lrhollingsworth@vorys.com
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

One of the Attorneys for Defendant
SAFELITE FULFILLMENT, INC