CDF LABOR LAW LLP
    Mark S. Spring, State Bar No. 155114
    mspring@cdflaborlaw.com
    Nicole A. Legrottaglie, State Bar No. 271416
    nlegrottaglie@cdflaborlaw.com
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 361-0991

VORYS, SATER, SEYMOUR AND PEASE LLP
    DANIEL J. CLARK, Ohio State Bar No. 75125 (admitted *pro hac vice*)
    djclark@vorys.com
    LIANA R. HOLLINGSWORTH, Ohio Bar No. 85185 (admitted *pro hac vice*)
    lrhollingsworth@vorys.com
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. KOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFELITE FULFILLMENT, INC., a Corporation; and DOES 1-100 inclusive,<br><br>        Defendants. | Case No. 3:20-cv-02582<br><br>**DEFENDANT'S CASE MANAGEMENT STATEMENT** |

      Now comes Defendant Safelite Fulfillment, Inc. ("Safelite" or "Defendant"), by and through counsel, and hereby provides a case management statement pursuant to the Court's March 10, 2021 Civil Minutes [ECF Doc. 41], in advance of the case management conference scheduled for April 6, 2021 at 2:00 pm.

Since Burton Employment Law's Motion to Withdraw as Counsel for Plaintiff Cindy L. Koster ("Plaintiff") was granted, no new counsel has appeared on behalf of Plaintiff in this case.  The undersigned counsel reached out to Burton Employment Law on March 31, 2021 regarding the obligation to meet and confer and file the present report and to see if Plaintiff has obtained new counsel, but has yet to hear back.

Defendant remains concerned about the status of discovery and the current case schedule.  Defendant still has not received a response to its letter regarding numerous deficiencies in Plaintiff's discovery responses and the current case schedule with a discovery cut-off of April 30, 2021 is no longer tenable.  If Plaintiff still intends to participate in this lawsuit and pursue her claims, then Defendant would request a 120-day extension of all deadlines.

Dated:  April 1, 2021

Respectfully submitted,

*/s/ Liana R. Hollingsworth*
LIANA R. HOLLINGSWORTH, Ohio Bar No. 85185
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
lrhollingsworth@vorys.com
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

One of the Attorneys for Defendant
SAFELITE FULFILLMENT, INC