# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 6, 2021 | **Time:** 2 minutes<br>2:36 p.m. to 2:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-02582-WHO | **Case Name:** Koster v. Safelite Fulfillment, Inc. | |

**Attorney for Plaintiff:** Cindy Koster, pro se (not present)
**Attorney for Defendant:** Liana Hollingsworth

**Deputy Clerk:** Jean Davis               **Court Reporter:** Debra Pas

## PROCEEDINGS

Case Management Conference conducted via videoconference. Ms. Koster's previous counsel was granted leave to withdraw. Ms. Hollingsworth indicates that she has had no contact from Ms. Koster or any counsel acting on her behalf since that time. Ms. Koster has not taken any further action in this matter. Given Ms. Koster's failure to appear for mediation and this case management conference and her failure to prosecute the case, the Court will enter an Order directing Ms. Koster to show cause why this matter should not be dismissed.