UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. KOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFELITE FULFILLMENT, INC.,<br><br>        Defendant. | Case No. 20-cv-02582-WHO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

      Plaintiff Cindy Koster failed to appear at today's Case Management Conference. When she appeared at the hearing at which I granted her counsel leave to withdraw on March 10, 2021, Ms. Koster indicated that she expected to retain new counsel within two weeks.  Prior to that hearing, she refused to participate in a scheduled mediation in December 2020 and she has not meaningfully participated in the discovery process.

      On or before April 27, 2021, Ms. Koster is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Unless she wants this case to be dismissed, she shall file a declaration under oath by that date that states that she does want to proceed with her case, indicates whether she will represent herself pro se or be represented by counsel, describes why she failed to attend today's Case Management Conference and the mediation in December, and represents that she will comply with all of her responsibilities as a litigant from now on.  If she files such a declaration, I will hold a Scheduling Conference on May 4, 2021 at 2 p.m. to get the case back on track.  If she does not, I will dismiss the litigation.

      **IT IS SO ORDERED.**

Dated: April 6, 2021



William H. Orrick
United States District Judge